UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00393-AN |
| v. | SUPERSEDING INFORMATION |
| JAQUETT EBONY DARBY | 18 U.S.C. § 2113(a) |
| Defendant. | Forfeiture Allegation |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**Bank Robbery**
**(18 U.S.C. § 2113(a))**

On or about June 1, 2022, in the District of Oregon, defendant, **JAQUETT EBONY DARBY**, by force, violence, and intimidation, did attempt to take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of iQ Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration;

In violation of Title 18, United States Code, Section 2113(a).

/ /

/ /

/ /

**Information**                                                                                           **Page 1**

## COUNT 2
### Bank Robbery
### (18 U.S.C. § 2113(a))

On or about June 28, 2022, in the District of Oregon, defendant, **JAQUETT EBONY DARBY**, by force, violence, and intimidation, did attempt to take from the person or presence of another money, belonging to and in the care, custody, control, management, and possession of Wells Fargo Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 3
### Bank Robbery
### (18 U.S.C. § 2113(a))

On or about July 13, 2022, in the District of Oregon, defendant, **JAQUETT EBONY DARBY**, by force, violence, and intimidation, did take from the person or presence of another $2,145, belonging to and in the care, custody, control, management, and possession of Oregonians Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration;

In violation of Title 18, United States Code, Section 2113(a).

/ /

/ /

/ /

/ /

/ /

/ /

**Information**                                                                                          **Page 2**

## COUNT 4
**Bank Robbery**
**(18 U.S.C. § 2113(a))**

On or about December 13, 2022, in the District of Oregon, defendant, **JAQUETT EBONY DARBY**, by force, violence, and intimidation, did take from the person or presence of another $700, belonging to and in the care, custody, control, management, and possession of OnPoint Community Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT 5
**Bank Robbery**
**(18 U.S.C. § 2113(a))**

On or about April 28, 2023, in the District of Oregon, defendant, **JAQUETT EBONY DARBY**, by force, violence, and intimidation, did take from the person or presence of another $2,235, belonging to and in the care, custody, control, management, and possession of KeyBank, a bank whose deposits were then insured by Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

/ /

/ /

/ /

/ /

/ /

/ /

/ /

**Information**                                                                 **Page 3**

**COUNT 6**
**Bank Robbery**
**(18 U.S.C. § 2113(a))**

On or about February 13, 2023, in the District of Oregon, defendant, **JAQUETT**

**EBONY DARBY**, by force, violence, and intimidation, did take from the person or presence of

another $1,800, belonging to and in the care, custody, control, management, and possession of

NW Priority Credit Union, a credit union whose deposits were then insured by National Credit

Union Association;

In violation of Title 18, United States Code, Section 2113(a).


**FORFEITURE ALLEGATION**

Upon conviction of an offense in Counts 1, 2, 3, 4, 5 and 6, defendant **JAQUETT**

**EBONY DARBY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid

violations and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of said violations.


Dated:  June 4, 2026.                    Respectfully submitted,

                                         SCOTT E. BRADFORD
                                         United States Attorney

                                         /s/ Bryan Chinwuba
                                          BRYAN CHINWUBA, ILSB #6323733
                                         Assistant United States Attorney