SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Assistant United States Attorney
Bryan.Chinwuba@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:25-cr-00393-AN** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **JAQUETT EBONY DARBY,** | |
| **Defendant.** | |

**Introduction**

In 2022 and 2023, defendant carried out a series of bank robberies in which she threatened tellers with the use of violence before being given varying amounts of cash. There are no factual disputes with respect to defendant's conduct between defendant and the government. The parties jointly recommend a sentence of 100 months imprisonment followed by five years of supervised release and a $100 fee assessment.

## I. FACTUAL BACKGROUND

### A. The Offense Conduct

In 2022 and 2023, defendant committed a series of attempted or completed bank robberies at banks and credit unions in Oregon and elsewhere. All of these banks and credit

unions were federally insured by either the National Credit Union or the Federal Deposit Insurance Corporation. In each of these robberies, defendant entered the bank or credit union and presented a hand-written demand note to a victim teller working at the desk. The hand-written notes instructed the victim tellers to give the defendant money and threatened the use of violence or injury if they did not comply. For example, one demand wrote stated, "money or die." The bank notes were short and written in a similar manner. In several of the robberies, the teller obeyed and gave defendant money. Following the robberies, defendant fled the bank or credit union with the proceeds. Portland Police Bureau officers utilized surveillance footage and latent fingerprints on a hand-written note defendant left behind following one robbery to positively identify defendant as the robber.

Defendant plead guilty to robbing six banks and credit unions in Oregon but has also agreed to pay restitution for 16 other robberies in Oregon and Washington in which she is a suspect.

### B. The Charges

Defendant is charged in Count One through Six of the Information with bank robbery. On July 2, 2026, defendant pled guilty to those counts.

## II. GUIDELINE CALCULATION

| | |
|---|---|
| 20 | BOL |
| +2 | Financial Institution 2B3.1(b)(1) |
| +2 | Threats 2B3.l(b)(2) |
| +2 | Loss exceeds $20k 2B3.l(b)(7)(B) |
| +5 | Five Units 3D1.4 |
| -3 | Acceptance |
| = 28 | 87-108 months (CHC II) |

The parties jointly recommend a sentence of 100 months imprisonment followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: October 15, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney